CONNIE S. TRUE AND DAVID R. TRUE, SR. v. T & W TEXTILE MACHINERY, INC. AND WALTER REUBIN PITTS

No. 524PA93

(Filed 6 October 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 112 N.C. App. 358, 435 S.E.2d 551 (1993), affirming the final judgment and the order entered by Burroughs, J., 9 April 1992 in Superior Court, Mecklenburg County. Heard in the Supreme Court 13 September 1994.

*Richard F. Harris, III, for plaintiff-appellants.*

*Hedrick, Eatman, Gardner & Kincheloe, by Edward L. Eatman, Jr., and Kent C. Ford, for defendant-appellees.*

PER CURIAM.

AFFIRMED.